IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DANIA M. SALAZAR ACEVEDO
DEBTOR (S)

CASE NO: 08-06379 BKT

CHAPTER 13 (ASSET CASE)

MOTION SUBMITTING AMENDED SCHEDULES J

TO THE HONORABLE COURT:

   COMES(S) now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

   1. On September 26th, 2008 Debtors filed the instant bankruptcy petition.

   2. **_Amend Schedule J in order to provide for the correct amount of expenses._**

   WHEREFORE, it is respectfully requested of this Honorable Court to acknowledge the above indicated.

   In San Juan, Puerto Rico, this 29th, day of June 2011.

RESPECTFULLY SUBMITTED

/s/ Marilyn Valdes Ortega
MARILYN VALDES ORTEGA
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

B6J (Official Form 6J) (12/07)

IN RE SALAZAR ACEVEDO, DANIA MARIBEL     Case No. 08-06379
_____Debtor(s)_____                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) — $ 600.00
   a. Are real estate taxes included?   Yes ___  No ✓
   b. Is property insurance included?   Yes ___  No ✓
2. Utilities:
   a. Electricity and heating fuel — $ 100.00
   b. Water and sewer — $
   c. Telephone — $
   d. Other  CELLULAR — $ 100.00
            CABLE TV AND INTERNET — $ 100.00
3. Home maintenance (repairs and upkeep) — $
4. Food — $ 200.00
5. Clothing — $ 50.00
6. Laundry and dry cleaning — $
7. Medical and dental expenses — $ 20.00
8. Transportation (not including car payments) — $ 116.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. — $ 26.30
10. Charitable contributions — $
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's — $
    b. Life — $
    c. Health — $ 70.00
    d. Auto — $
    e. Other  CANCER INSURANCE — $ 9.66
                                  — $
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____ — $
                             — $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto — $
    b. Other _____ — $
             _____ — $
14. Alimony, maintenance, and support paid to others — $
15. Payments for support of additional dependents not living at your home — $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) — $
17. Other  LUNCH AT WORK — $ 100.00
           _____ — $
           _____ — $

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 1,491.96

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

20. **STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I — $ 1,791.96
    b. Average monthly expenses from Line 18 above — $ 1,491.96
    c. Monthly net income (a. minus b.) — $ 300.00

IN RE <u>SALAZAR ACEVEDO, DANIA MARIBEL</u>                                          Case No. <u>08-06379</u>
                               Debtor(s)                                                                                           (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____<u>16</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>June 28, 2011</u>              Signature: <u>/s/ DANIA MARIBEL SALAZAR ACEVEDO</u>
                                                              **DANIA MARIBEL SALAZAR ACEVEDO**                                  Debtor

Date: _____    Signature: _____
                                                                                                                              (Joint Debtor, if any)
                                                                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**08-06379-ESL13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**08-06379-ESL13 Notice will not be electronically mailed to:**

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR   00936-8100

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE   19886-5726

CITIFINANCIAL
2000 COUNTRY CLUB SHOPPING
PLAZA
CAROLINA, PR   00982

COMMOLOCO
P.O. BOX 518
GUAYNABO, PR   00970-0518

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR   00918

FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE   19886-5726

FIRST BANK PUERTO RICO
PO BOX 19327
SAN JUAN, PR   00910-1427

MONEY EXPRESS
URB VILLA FONTANA
3 FS 10 AVE. FRAGOZO
CAROLINA, PR   00983

PR TELEPHONE CO
PO BOX 71535
SAN JUAN, PR   00936-8635

SEARS
P.O. BOX 183114
COLUMBUS, OH   43218-3114