IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 08-06379 BKT |
| DANIA MARIBEL SALAZAR ACEVEDO | Chapter 13 |
| | |
| XXX-XX-3487 | |
| | **FILED & ENTERED ON 07/07/2011** |
| Debtor(s) | |

## ORDER APPROVING AMENDED PLAN

This case is before the Court on debtor's motion under 11 USC § 1329 to confirm the amended plan dated 06/09/2011 (docket entry #26). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's motion. Accordingly, the hearing scheduled for 9/22/2011 at 9:00 A.M. is vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 07 day of July, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     MARILYN  VALDES ORTEGA
     ALEJANDRO  OLIVERAS RIVERA